In re Potter, Kenneth D.; — Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Ouachita, 4th Judicial District Court Div. H, Nos. 93-F1376, 93-1376H; to the Court of Appeal, Second Circuit, Nos. 35001-KH, 34910-KH, 34794-KH, 34537-KH, 34434-KH, 34381-KH, 34315-KH, 27540-KA, 29666-KH, 30213-KH, 31218-KH, 31307-KH.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189.